**RIMAC MARTIN, P.C.**
Anna M. Martin – CSBN 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

**BOLT KEENLEY JIM LLP**
James P. Keenley
Brian H. Kim
1010 Grayson Street, Suite Two
Berkeley, CA 94710
Telephone: (510) 225-0696
Facsimile: (510) 225-1095

Attorney for Plaintiff
John Doe

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO/ OAKLAND DIVISION

| | |
|---|---|
| JOHN DOE, | CASE NO. 3:14 cv-04153-LB |
| Plaintiff, | **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE;** |
| v. | [PROPOSED] ORDER |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; APPLE COMPUTER INC., HEALTH AND WELFARE BENEFIT PLAN | |
| Defendants. | |

1   **IT IS HERBY STIPULATED** by and between the Plaintiff JOHN DOE and Defendant
2   LIFE INSURANCE COMPANY OF NORTH AMERICA, by and through their counsel of
3   record herein, that the captioned action may be, and hereby is, dismissed with prejudice pursuant
4   to Rule 41(a) of the Federal Rules of Civil Procedure.
5   The parties shall bear their own respective attorney fees and costs of suit.
6   **SO STIPULATED.**

**RIMAC MARTIN, P.C.**

DATED:  December 23, 2014          By:  */s/ Anna M. Martin*
                                   ANNA M. MARTIN
                                   Attorneys for Defendants
                                   LIFE INSURANCE COMPANY OF NORTH
                                   AMERICA


DATED:  December 23, 2014          By:  */s/ James P. Keenley*
                                   JAMES P. KEENLEY
                                   Attorneys for Plaintiffs
                                   John Doe


**IT IS SO ORDERED:**

DATED: December 23, 2014

_____
THE HONORABLE LAUREL BEELER
JUDGE, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 1051 Divisadero Street, San Francisco, California 94115.

On December 23, 2014, the following document is being filed electronically and will be available for viewing and downloading from the Court's CM/ECF system:

**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER**

The Notice of Electronic Case Filing Automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court, Northern District of California, who have consented to electronic service shall constitute service of the filed document to all such parties.

Executed on December 23, 2014 at San Francisco, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.


| Fatima Bonilla | */s/ Fatima Bonilla* |
|---|---|
| (Type or print name) | (Signature) |